IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SCOTT PHILLIP HENRETTY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-590

_____/

Opinion filed January 29, 2015.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Jeffrey E. Lewis, General Counsel, and Melissa Joy Ford, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Scott Phillip Henretty appeals his conviction and sentence, arguing that

fundamental error occurred when the trial court failed to renew the offer of counsel

prior to Henretty entering his plea and failed to renew the offer prior to the imposition of sentence. Pursuant to Florida Rule of Criminal Procedure 3.111(d)(5), if a waiver of counsel is accepted at any stage of the proceedings, the trial court shall renew the offer of counsel at each subsequent stage of the proceedings. Both plea hearings and sentencing are considered critical stages that require the renewal of the offer of counsel. Beard v. State, 751 So. 2d 61, 62 (Fla. 2d DCA 1999). This failure constitutes fundamental error under the facts of this case. Monte v. State, 51 So. 3d 1196, 1201 (Fla. 4th DCA 2011); Smith v. State, 41 So. 3d 1081, 1088 (Fla. 2d DCA 2010). We therefore vacate Henretty's plea and sentence and remand for further proceedings consistent with this opinion.

REVERSED and REMANDED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.